Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Michael D. Dissinger, Esq.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
phicks@littler.com
mdissinger@littler.com

Dominika J. Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia St, 8th Floor
Reno, Nevada 89501.1944
Telephone: 775.348.4888
Facsimile: 775.786.0127
dbatten@littler.com

Attorneys for Defendant
CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT CASINO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUY STEGMAIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUS AND EL DORADO JOINT VENTURE, LLC dba SILVER LEGACY RESORT CASINO, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:25-cv-00516-ART-CLB<br><br>**ORDER GRANTING STIPULATON TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff GUY STEGMAIER and Defendant CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT CASINO (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of November 6, 2025, up

to and including <u>November 20, 2025</u>.

The Parties agree the requested extension is reasonable and necessary because the Parties are presently discussing further handling of the matter, including potential arbitration, and the additional time will allow the Parties to complete these discussions before engaging in motion practice. The requested extension is warranted in the interest of potentially avoiding unnecessary fees and costs and in the interest of judicial efficiency.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of undue delay.

| | |
|---|---|
| Dated: November 5, 2025 | Dated: November 5, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Michael A. Burnette | /s/ Michael D. Dissinger |
| Jemma E. Dunn, Esq.<br>Matthew T. Hale, Esq.<br>Michael A. Burnette, Esq.<br>GREENBERG GROSS LLP<br>*Attorneys for Plaintiff*<br>*GUY STEGMAIER* | Patrick H. Hicks, Esq.<br>Michael D. Dissinger, Esq.<br>Dominika J. Batten, Esq.<br>LITTLER MENDELSON, P.C.<br>*Attorneys for Defendant*<br>*CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT CASINO* |

**IT IS SO ORDERED.**

Dated: <u>November 6, 2025</u>

_____
UNITED STATES MAGISTRATE JUDGE

2

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4928-2723-5191