Patrick H. Hicks, Esq.
Nevada Bar No. 004632
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
phicks@littler.com

Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
lmolleck@littler.com

Attorneys for Defendant
CIRCUS AND ELDORADO JOINT
VENTURE, LLC DBA SILVER LEGACY RESORT
AND CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUY STEGMAIER,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUS AND EL DORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT AND CASINO, a Nevada limited liability company,<br><br>Defendants. | Case No. 3:25-cv-00516-ART-CLB<br><br>**ORDER GRANTING SUBSTITUION OF COUNSEL WITHIN FIRM** |

**PLEASE TAKE NOTICE** that Luke W. Molleck, Esq. with the law firm Littler Mendelson, P.C., hereby enters his appearance as counsel for Defendant CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT AND CASINO ("Defendant'), to appear and represent their interests as counsel in the above-captioned matter.

Luke W. Molleck, Esq. is being substituted in for Dominika J. Batten, Esq. and Michael David Dissinger, Esq., both of whom are no longer with Littler Mendelson, P.C.

Accordingly, please include Mr. Molleck in the service of all future pleadings, motions, notices, orders, and correspondence for the above-captioned matter.

Dated: November 12, 2026

LITTLER MENDELSON, P.C.

/s/ *Luke W. Molleck*
Patrick H. Hicks, Esq.
Luke W. Molleck, Esq.

Attorneys for Defendant
CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT AND CASINO

ORDER

Luke W. Molleck, Esq. is hereby substituted for Dominika J. Batten, Esq. and Michael David Dissinger, Esq as counsel for Defendant.

IT IS SO ORDERED.

Date: November 12, 2026.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800